THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEE MUELLER, Defendant-Appellant.

(No. 73-135;

Fifth District—October 19, 1973.

Opinion by Mr. JUSTICE JONES.

Lee Mueller, *pro se.*

Robert H. Rice, State's Attorney, of Belleville, for the People.